

# Fourth Court of Appeals
## San Antonio, Texas

July 29, 2015

No. 04-14-00732-CR

Michael Angel **SANCHEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR7301
Honorable Sid L. Harle, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF JURISDICTION.

It is so **ORDERED** on July 29, 2015.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of July, 2015.

_____
Keith E. Hottle, Clerk